```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

JAMES WARD,                             :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :     CIVIL ACTION 14-515-M
                                        :
CAROLYN W. COLVIN,                      :
Commission of Social Security,          :
                                        :
    Defendant.                          :

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff James Ward and against Defendant Carolyn W. Colvin. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $3,319.97.

DONE this 11th day of September, 2015.

                                          s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE